UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saran Swami,<br><br>          Plaintiff,<br><br>     v.<br><br>District Attorney,<br><br>          Defendant | No. 2:14-cv-00844-TLN-EFB<br><br>**ORDER** |

      This matter is before the Court on Plaintiff's Motion for Reconsideration.  (ECF No. 7.)  Plaintiff is a pro se litigant who has filed this action against "District Attorney."  (Compl., ECF No. 1.)  Plaintiff requests the return of property including a computer and legal documents allegedly taken from his house on April 1, 2014.  Plaintiff alleges that without these documents he cannot be "represented effectively."  (ECF No. 3 at 2.)  Plaintiff requests that "the search warrant should be set aside, all the evidence should be suppressed and seized property should be returned."  (ECF No. 3 at 2.)   This Court denied Plaintiff's motion for a temporary restraining order on April 4, 2014.  (ECF No. 6.)

      Under Local Rule 230(j), any application for reconsideration must set forth "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion; and [] why the facts or

1

1  circumstances were not shown at the time of the prior motion." Here, Plaintiff does not set forth
2  any new facts or circumstances, or any other grounds for granting his motion. Nor has Plaintiff
3  corrected any of the deficiencies detailed in this Court's order denying his motion for a temporary
4  restraining order. (*See* ECF No. 6.) Plaintiff's motion for reconsideration appears to be based
5  only on his dissatisfaction with this Court's ruling, which is an inappropriate basis for relief. *See*
6  L.R. 230(j). Therefore, Plaintiff's Motion for Reconsideration is DENIED.

**IT IS SO ORDERED.**

Dated: April 15, 2014

  Troy L. Nunley
  United States District Judge