UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAN SWAMI,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DISTRICT ATTORNEY,<br><br>　　　　Defendant. | No.  2:14-cv-00844-TLN-EFB PS<br><br>**ORDER** |

On June 3, 2016, the Ninth Circuit Court of Appeals referred this matter to this Court for the limited purpose of determining whether in forma pauperis status should continue or whether in forma pauperis status should be revoked because the appeal is made in bad faith.  *See* 28 U.S.C. § 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091 (9th Cir. 2002).  Having considered the record, and for the reasons stated in the magistrate judge's findings and recommendations and adopted by this Court (ECF Nos. 14 & 18), the Court concludes that Plaintiff's appeal is made in bad faith, and therefore in forma pauperis status is hereby revoked.

Dated: June 23, 2016

Troy L. Nunley
United States District Judge